**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1526**

_____

In Re:  SYED AFTAB KAZMI,

        Debtor.

--------------------------

SYED AFTAB KAZMI,

        Plaintiff – Appellant,

    v.

JPMORGAN CHASE; WELLS FARGO,

        Defendants – Appellees,

    and

GREEN POINT MORTGAGE FUNDING, INC.; DEUTSCHE BANK; BANK OF
AMERICA; BARCLAYS BANK, PLC; BARCLAYS CAPITAL REAL ESTATE,
INC.; LENDER PROCESSING SERVICES, INC.; LPS DEFAULT
SOLUTIONS, INC.; DOCX LLC; DOES 1 THRU 50, et al.; GSR TRUST
2005-HEL-1,

        Defendants,

    and

JANET M. MEIBURGER,

        Trustee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge; Brian F. Kenney, Bankruptcy Judge.  (1:14-cv-
00024-CMH-TRJ; 13-10897-BFK; 13-01087-BFK)

Submitted: October 20, 2014        Decided: October 24, 2014

Before MOTZ, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Syed Aftab Kazmi, Appellant Pro Se. Jason Cameron Hicks, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Syed Aftab Kazmi appeals the district court's order affirming the backruptcy court's orders granting summary judgment in favor of Wells Fargo and JPMorgan Chase. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the courts below. <u>Kazmi v. JPMorgan Chase</u>, Nos. 1:14-cv-00024-CMH-TRJ; 13-10897-BFK; 13-01087-BFK (E.D. Va. filed May 19, 2014, entered May 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>